February 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

INLAND AMERICAN RETAIL MANAGEMENT LLC, A DELAWARE CORPORATION AS MANAGING AGENT FOR MB TOMBALL TOWN CENTER LIMITED PARTNERSHIP AND INLAND AMERICAN RETAIL MANAGEMENT LLC, A DELAWARE CORPORATION AS MANAGING AGENT FOR MB SPRING TOWN CENTER LIMITED PARTNERSHIP,
Appellants

NO. 14-13-00986-CV            V.

PAUL FRIEDMAN, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, PAUL FRIEDMAN, signed August 6, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE** the trial court's judgment in part and **RENDER** judgment in favor of appellants, INLAND AMERICAN RETAIL MANAGEMENT LLC, A DELAWARE CORPORATION AS MANAGING AGENT FOR MB TOMBALL TOWN CENTER LIMITED PARTNERSHIP AND INLAND AMERICAN RETAIL MANAGEMENT LLC, A DELAWARE CORPORATION AS MANAGING AGENT FOR MB SPRING TOWN CENTER LIMITED PARTNERSHIP with respect to damages against appellee, PAUL FRIEDMAN, individually arising from his liability as guarantor of the lease obligations. We **AFFIRM** the remainder of the trial court's judgment.

      We further order that all costs incurred by reason of this appeal be paid by appellee, PAUL FRIEDMAN.

      We further order this decision certified below for observance.